IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LINDA BURKETTE,              )
                             )
    Plaintiff,               )
                             )
    v.                       )   CIVIL ACTION NO.
                             )    2:02cv403-MHT
H.R. III, L.L.C., d/b/a      )        (WO)
HARDEE'S,                    )
                             )
    Defendant.               )
```

JUDGMENT

On the 19th day of January, 2006, after this cause had been submitted to a jury, a verdict was returned as follows:

    I.  FIRST CLAIM: TERMINATION CLAIM

1. Has plaintiff Burkette established by a preponderance of the evidence that she was terminated and, if so, that her race was a substantial or motivating factor in Hardee's decision to terminate her?

    Yes _____
    No   <u> x </u>

xxx

SO SAY WE ALL.

DONE, this the 19th day of January, 2006.

/s/ Mike Ward, Sr.
JURY FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant H.R. III, L.L.C. d/b/a Hardee's, and against plaintiff Linda Burkette, with plaintiff Burkette taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Burkette, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE